IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JACKSON TRUCK AND TRAILER REPAIR, INC.


VS                         NO. 4:06CV00512 GH


HOGAN TRANSPORT INC  ET AL

## ORDER

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice.  If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: FEBRUARY 28, 2007


AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
        COURTROOM DEPUTY CLERK