**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 4 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACKSON TRUCK AND TRAILER REPAIR, INC.                    PLAINTIFF

No. 4:06-cv-00512 GH

HOGAN TRANSPORT, INC.,
HTI LOGISTICS, INC., AND
ELISABETH HOGAN AND
MARK HOGAN, INDIVIDUALLY                                  DEFENDANTS

## CONSENT JUDGMENT

Now on this ___4th___ day of April, 2007, this cause of action has been submitted to the Court. Counsel for the Plaintiff, Cross, Gunter, Witherspoon & Galchus, P.C., and counsel for the Defendants, Arlon Woodruff, have announced that this cause of action has been amicably resolved and request the Court to enter this judgment against Hogan Transport, Inc. ("Hogan Transport") and HTI Logistics, Inc. ("HTI") by consent in favor of Jackson Truck and Trailer Repair, Inc. ("Jackson"). Accordingly, the Court, being sufficiently advised, finds:

1. On or about February 10, 2001, Mark Hogan on behalf of Hogan Transport signed a Lease Agreement with Jackson to lease a trailer from Jackson. One of all of the Defendants continued to enter into lease agreements with Jackson through March 29, 2002.

2. On May 8, 2002, Hogan Transport filed Articles of Dissolution. Thereafter HTI began making the lease payments to Jackson, until August 2005 when the Defendants began failing to make payments according to the Lease Agreements.

131018-1                                1

3. In September 2005, Jackson demanded payment and return of all of the trailers.

4. In September 2005, Defendants did return some, but not all trailers to Jackson. The trailers that were returned had sustained damages, which required repair.

5. Jackson is therefore awarded a judgment from Hogan Transport and HTI in the amount of $131,625.68 of which $34,152.32 is owed for unpaid and overdue payments and $97,473.36 is owed for repairs to the returned trailers.

6. If Hogan Transport and HTI are in, or come into, possession of the three missing trailers identified in the Amended Complaint, Hogan Transport and HTI are ordered to immediately return those three missing trailers to Jackson.

7. Interest will begin to accrue on the total amount of the judgment starting five (5) days from the date this Consent Judgment is entered at a rate of ten percent (10%) per annum.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATE: _____

PREPARED BY:

_____
**ALLEN C. DOBSON**
Bar #85040
Cross, Gunter, Witherspoon & Galchus, P.C.
Attorney for Plaintiff
500 East Markham, Suite 200

Post Office Box 3178
Little Rock, AR 72201
(501) 371-9999

APPROVED AS TO FORM AND SUBSTANCE:

*[signature: Arlon L. Woodruff]*

Arlon L. Woodruff
Woodruff Law Firm
P.O. Box 500
Lake City, AR 72437
(870) 237-4319